IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(Columbia Division)

| | | |
|---|---|---|
| Dominion Energy Carolina Gas Transmission, LLC, | ) ) ) | Case Number 3:16-cv-01973- JMC |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| 24.346 Acres, in Richland County, South Carolina located on Parcel R13200-01-01; J. LARRY FAULKENBERRY and JERRY K. FAULKENBERRY, | ) ) ) ) ) | |
| Defendants. | | |

## **ORDER GRANTING THE CONSENT MOTION TO STAY SCHEDULING ORDER**

This matter is before the Court on the Parties' Consent Motion to Stay the Scheduling Order. Specifically, the Parties request a stay of all the scheduling deadlines until November 1, 2017. Having reviewed the motion, applicable law, and the record herein, the Court finds that good cause exists to stay those deadlines pending a determination by the U.S. Army Corps of Engineers whether the condemned property qualifies as a wetlands mitigation bank.

Accordingly, it is hereby **ORDERED** that the Parties' Consent Motion to Stay Scheduling Order is **GRANTED**; and it is further **ORDERED** that this action shall be stayed until November 1, 2017 and the Parties shall conduct a scheduling conference within thirty (30) days after the expiration of the stay on November 1, 2017 to reset the deadlines set forth in the scheduling order, if necessary.

**IT IS SO ORDERED**.

s/J. Michelle Childs
                                                        J. Michelle Childs
                                                        U.S. District Judge

Date: June 13, 2017
Columbia, South Carolina