IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(Columbia Division)

| | |
|---|---|
| Dominion Energy Carolina Gas Transmission, LLC, | Case Number 3:16-cv-01973- JMC |
| Plaintiff, | |
| v. | |
| 24.346 Acres, in Richland County, South Carolina located on Parcel R13200-01-01; J. LARRY FAULKENBERRY and JERRY K. FAULKENBERRY, | |
| Defendants. | |

## ORDER GRANTING THE CONSENT MOTION TO EXTEND THE STAY OF SCHEDULING ORDER

This matter is before the Court on the Parties' Consent Motion to Extend the Stay of the Scheduling Order originally ordered on June 13, 2017 (Dkt. No. 45). Specifically, the Parties request the Court to extend the stay of the scheduling order pending a jurisdictional determination on the application of the landowner by the U.S. Army Corps of Engineers as to the subject property. Having reviewed the motion, applicable law, and the record herein, the Court finds that good cause exists to extend the stay of the scheduling order until said determination is made, or such time, if any, upon motion by either party.

Accordingly, it is hereby **ORDERED** that the Parties' Consent Motion to Extend the Stay of Scheduling Order is **GRANTED**. It is further **ORDERED** that the Parties shall confer every thirty (30) days to have a status update on whether the U.S. Army Corps of Engineers has made the requested jurisdictional determination and shall provide periodic updates to the Court as deemed necessary. It is further **ORDERED** that the Parties shall conduct a scheduling

conference within thirty (30) days after the expiration of the stay to reset the deadlines set forth in the scheduling order, if necessary.

      **IT IS SO ORDERED**.

<u>s/J. Michelle Childs</u><br>
J. Michelle Childs<br>
U.S. District Judge

Date: November 30, 2017
Columbia, South Carolina